UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JIM A. MERON,<br><br>    Defendant. | No. 2:18-cr-0209 KJM<br><br><br>ORDER |

On November 5, 2018, defendant Meron entered a plea of guilty to Counts 1 and 3 of the Information and the case was set for sentencing for February 4, 2019. On February 4, 2019, defendant's counsel Kenneth Rosenfeld failed to appear at the sentencing conference and the assigned probation officer confirmed she has been unable to reach Rosenfeld to confirm a time to interview defendant to prepare the presentence investigation report. The court continued sentencing to May 13, 2019 at 9:00 a.m., a date the court considers firm.

The court now ORDERS Rosenfeld to show cause within seven (7) days why he should not be sanctioned in the amount of $250.00 for failing to appear and failing to respond to the probation officer's request for an interview.

IT IS SO ORDERED.

DATED: February 5, 2019.

                                                UNITED STATES DISTRICT JUDGE