Kenneth L. Rosenfeld
The Rosenfeld Law Firm
1107 9th Street, Suite 850
Sacramento, CA 95814
Tel.: 916-447-2070
Fax: 916-447-2097
Email: krosenfeld@therosenfeldlawfirm.com

Attorney for Jim A. Meron

**FILED**

**JUN 17 2019**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-00209-KJM |
| Plaintiff, | [~~PROPOSED~~] ORDER ON DEFENDANT'S REQUEST TO SEAL DOCUMENTS |
| v. | |
| JIM A. MERON, | Date: 6/17/2019 |
| Defendant. | Time: 9:00 a.m. |
| / | Judge: District Judge Kimberly J. Mueller |

Defendant Jim A. Meron Request to Seal Documents having been filed pursuant to Local Rule 141, and

GOOD CAUSE appearing for sealing the documents identified below, IT IS HEREBY ORDERED that:

1. The documents to be seal are (1) Defendant's Sentencing Memorandum Filed under Seal, (2) Defendant's medical records from Sutter Health and Sutter General Hospital and (3) the letter from his licensed marriage and family therapist;

2. The files identified above shall be during the pendency of this case and after the case is closed subject to

any court order with prior notice to Defendant Meron and his counsel, Kenneth L. Rosenfeld.

DATED: June 17, 2019

_____
Hon. Kimberly J. Mueller
District Court Judge

**[PROPOSED] ORDER ON DEFENDANT'S REQUEST TO SEAL DOCUMENTS**